JOYCE M. MCDONALD, Respondent, v ROBERT C. MC-DONALD, Appellant. (Appeal No. 3.) [691 NYS2d 812] —Order unanimously affirmed without costs. Same Memorandum as in *McDonald v McDonald* ([appeal No. 1] 262 AD2d 1028 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Siracuse, J.—Matrimonial.) Present—Pine, J. P., Hayes, Pigott, Jr., Scudder and Balio, JJ.